## EXHIBIT A

JUDGE CORMAC J. CARNEY
PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Parties' Requested Dates | Court Order |
|---|---|---|---|---|
| Trial date (jury) Estimated length: 7 days | 8:30 a.m. (Mondays) | | **01/22/2024** | |
| File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | **01/15/2024** | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Questions and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | **01/05/2024** | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | **01/02/2024** | |
| Last day for hand-serving *Motions in Limine* | | -6 | **12/09/2023** | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | **Defendant requests 12/5/2023, 12/12/2023** | |
| Deadline to file replies to case-dispositive | | | 09/21/2023 | |

| Matter | Time | Weeks before trial | Parties' Requested Dates | Court Order |
|---|---|---|---|---|
| motions and *Daubert* motions | | | | |
| Deadline to file oppositions to case-dispositive motions and *Daubert* motions | | | 10/31/2023 | |
| Case-dispositive motions and *Daubert* motions (other than Motions in Limine). | | | 10/11/2023 | |

L.R. 16−14 Settlement Choice: (1) CT/USMJ (2) Court Mediation Panel (3) **Private ADR**

ADDITIONAL DEADLINES

| | | | | |
|---|---|---|---|---|
| Expert discovery cut-off | | | 07/28/2023 | |
| Reply Expert Reports | | | 06/20/2023 | |
| Rebuttal Expert Reports | | | 05/20/2023 | |
| Initial Expert Reports | | | 04/23/2023 | |
| Defendants to Serve Final Invalidity Contentions | | | 04/13/2023 | |
| Plaintiffs to Serve Final Infringement Contentions | | | 3/01/2023 | |
| Completion of Fact Discovery | | | 02/4/2023 | |
| Last day to conduct Settlement Conference | | | 04/02/2023 | |
| Claim Construction/*Markman* Hearing | | | **Requested for the week of 12/05/2022, subject to the Court's availability** | |
| Deadline for Substantial Completion of Document Production | | | 10/22/2022 | |
| Reply Claim Construction Briefing | | | 10/8/2022 | |

2

| | | | | |
|---|---|---|---|---|
| Responsive Claim Construction Briefing | | | **09/17/2022** | |
| Opening Claim Construction Briefing | | | **08/13/2022** | |
| Joint Claim Construction and Prehearing Statement | | | **06/30/2022** | |
| Deadline to Join Other Parties and Amend Pleadings | | | **06/18/2022** | |
| Exchange of Terms for Claim Construction | | | **06/15/2022** | |
| Defendants to Serve Preliminary Invalidity Contentions (Including Claim Charts) | | | **04/28/2022** | |
| Plaintiffs to Serve Preliminary Infringement Contentions (Including Claim Charts) | | | **03/16/2022** | |
| Initial Disclosures | | | **09/17/2021** | |