JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ONSCREEN DYNAMICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER POS SOLUTION, INC.,<br><br>Defendant. | Case No.: 2:21-cv-03181-CJC (DFM)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| PIONEER POS SOLUTION, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>ONSCREEN DYNAMICS, LLC, a Delaware limited liability company; and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | |

Plaintiff and Counterdefendant Onscreen Dynamics, LLC ("Plaintiff") and Defendant and Counterclaimant Pioneer POS Solution, Inc. ("Defendant"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a Joint Stipulation For Dismissal With Prejudice ("Stipulation"). Having

ORDER

considered the Stipulation, and finding that good cause exists, the Court hereby GRANTS the Stipulation and ORDERS as follows:

    (1) this action including Plaintiff's claims for relief that were asserted against Defendant in this case are hereby dismissed with prejudice, and Defendant's counterclaims that were asserted against Plaintiff in this case are hereby dismissed with prejudice; and

    (2) each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

**IT IS SO ORDERED.**

Dated: December 20, 2021

                                         The Honorable Cormac J. Carney
                                         United States District Judge